1  **DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2  2350 West Shaw Avenue, Suite 132
Fresno, California  93711
3  (559) 432-0986 Telephone
(559) 432-4871 Facsimile
4

5  Attorney for Defendant, DANIEL OLUWA SESAN LEITCH

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-00083 DLB AWI |
|---|---|---|---|
| 12 | Plaintiff, | ) ) | STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS |
| 13 | v. | ) ) | CONFERENCE |
| 14 | DANIEL OLUWA SESAN LEITCH, | ) ) | |
| 15 | Defendant. | ) ) ) | Date  :   August 27, 2012 Time  :   1:00 p.m. Judge :   Dennis L. Beck |
| 16 | _____ | ) | |

17

18       It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and

19  Stanley A. Boone, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for DANIEL LEITCH

20  that the Status Conference set for August 27, 2012 at 1:00 p.m. be continued to September 24, 2012

21  at 1:00 p.m.

22       The defense had its forensic expert examine the seized digital evidence in this case at the office

23  of the Department of Homeland Security.  Another examination is necessary to satisfy defense

24  purposes.  This second examination has been problematic since the defense expert and the

25  government's expert need to communicate and that has not happened yet.  The defense expects that

26  communication to happen shortly and arrangements can be made for a second defense examination.

27       The parties agree that the time between the date of this stipulation and the new status

28  conference hearing date of September 24, 2012 at 1:00 p.m., shall be excluded in the interests of

justice, including but not limited to continuity of counsel and reasonable time necessary for effective preparation pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

For the reasons set forth above, the parties respectfully request that the hearing scheduled for August 27, 2012 at 1:00 p.m. be continued and a new status conference be scheduled for September 24, 2012 at 1:00 p.m.

Dated: August 23, 2012                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                          By    /S/
                                          STANLEY A. BOONE
                                          Assistant U.S. Attorney


Dated: August 23, 2012                    By   /S/ Dale A. Blickenstaff
                                          DALE BLICKENSTAFF
                                          Attorney for DANIEL LEITCH


Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

IT IS SO ORDERED.

  Dated:   **August 23, 2012**             /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE