**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, DANIEL OLUWA SESAN LEITCH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00083 DLB AWI |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS CONFERENCE |
| v. | |
| DANIEL OLUWA SESAN LEITCH, | Date : September 24, 2012 |
| Defendant. | Time : 1:00 p.m. |
| | Judge : Dennis L. Beck |

It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and Stanley A. Boone, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for DANIEL LEITCH that the Status Conference set for September 24, 2012 at 1:00 p.m. be continued to October 22, 2012 at 1:00 p.m.

The defense had its forensic expert examine the seized digital evidence in this case at the office of the Department of Homeland Security. Another examination is necessary to satisfy defense purposes. The second examination has been delayed because the defense expert had to acquire the necessary software to conduct his examination. That software has been acquired and his examination is scheduled to take place on September 21, 2012 at 11:00 a.m. Defense counsel needs sufficient time to meet with the expert to discuss his findings after the examination is conducted.

The parties agree that the time between the date of this stipulation and the new status

1  conference hearing date of October 22, 2012 at 1:00 p.m., shall be excluded in the interests of justice,
2  including but not limited to continuity of counsel and reasonable time necessary for effective
3  preparation pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).
4      For the reasons set forth above, the parties respectfully request that the hearing scheduled for
5  September 24, 2012 at 1:00 p.m. be continued and a new status conference be scheduled for October
6  22, 2012 at 1:00 p.m.

8  Dated: September 20, 2012          Respectfully submitted,
9                                        BENJAMIN B. WAGNER
                                      United States Attorney

11                                       By   /S/
                                      STANLEY A. BOONE
12                                       Assistant U.S. Attorney

14 Dated: eptember 20, 2012          By   /S/ Dale A. Blickenstaff
                                      DALE BLICKENSTAFF
15                                       Attorney for DANIEL LEITCH

18 **IT IS SO ORDERED**.
19 Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).
20     IT IS SO ORDERED.
21   **Dated:**  **September 21, 2012**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE