1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  2350 West Shaw Avenue, Suite 132
   Fresno, California  93711
3  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
4

5  Attorney for Defendant, DANIEL OLUWA SESAN LEITCH

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 1:12-CR-00083 DLB AWI |
| 12         Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS CONFERENCE |
| 13  v. | |
| 14  DANIEL OLUWA SESAN LEITCH, | |
| 15         Defendant. | Date :  October 22, 2012<br>Time :  1:00 p.m.<br>Judge :  Dennis L. Beck |

16

17

18       It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and

19  Stanley A. Boone, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for DANIEL LEITCH

20  that the Status Conference set for October 22, 2012 at 1:00 p.m. be continued to November 13, 2012

21  at 1:00 p.m.

22       The defense has substantially completed its examination of the digital evidence in this case at

23  the office of the Department of Homeland Security.  The defense needs additional time to meet with

24  the expert witness and the client to determine the appropriate course of action.  In addition, time is

25  needed to discuss a disposition without trial.

26       The parties agree that the time between the date of this stipulation and the new status

27  conference hearing date of November 13, 2012 at 1:00 p.m., shall be excluded in the interests of

28  justice, including but not limited to continuity of counsel and reasonable time necessary for effective

preparation pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

    For the reasons set forth above, the parties respectfully request that the hearing scheduled for October 22, 2012 at 1:00 p.m. be continued and a new status conference be scheduled for November 13, 2012 at 1:00 p.m.

Dated: October 18, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /S/
STANLEY A. BOONE
Assistant U.S. Attorney

Dated: October 18, 2012

By   /S/ Dale A. Blickenstaff
DALE BLICKENSTAFF
Attorney for DANIEL LEITCH

    Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

IT IS SO ORDERED.

Dated:   **October 19, 2012**          **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE