BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
IAN P. WHITNEY
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00083-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DANIEL O. LEITCH, | |
| Defendant. | |

WHEREAS, on November 26, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Daniel O. Leitch in the following property:

    a. HP Pavilion Laptop, serial number CNF9429FP3, seized by law enforcement on or about December 20, 2011,

    b. Custom Built computer tower, seized by law enforcement on or about December 20, 2011,

    c. Compact discs, external and internal hard drives (4 Western Digital Hard Drives: WMAMR1401034, WCAMR1492450, WCAS21131169, WMAEP3134110, 1 Western Digital External Hard Drive: WCAW40120242), thumb drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct, seized by law enforcement on or about December 20, 2011.

AND WHEREAS, beginning on December 6, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to

adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Daniel O. Leitch.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   February 8, 2014                             _____
                                                      SENIOR  DISTRICT  JUDGE