# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> v. <br><br> **DANIEL OLUWA SESAN LEITCH** <br><br> **Defendant.** | **CASE NO. 1:12-cr-00083-AWI-BAM** <br><br> **ORDER FOR PLAINTIFF TO FILE A RESPONSE** <br><br> (Doc. No. 72) |

Currently before the Court is Defendant Daniel Oluwa Sesan Leitch's Motion for Extension of Time to File Notice of Appeal to the Ninth Circuit, Doc. No. [72], with a hearing set for April 25, 2022. Defendant filed a Notice of Appeal, Doc. No. [73], along with his Motion for Extension of Time on March 12, 2022. After consideration, the Court finds that it is appropriate to order a new deadline for Plaintiff to respond to Defendant's Motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff United States of America shall file an opposition or notice of non-opposition to Defendant's Motion for Extension of Time as soon as possible but no later than March 28, 2022.

IT IS SO ORDERED.

Dated: March 17, 2022

_____
SENIOR DISTRICT JUDGE