PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DANIEL OLUWA SESAN LEITCH,<br><br>                              Defendant. | CASE NO.  1:12-CR-00083-JLT-BAM<br><br>STIPULATION TO CONTINUE HEARING ON PETITION TO MODIFY CONDITIONS OR TERMS OF SUPERVISION; ORDER<br><br>DATE: January 16, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for a hearing on January 16, 2024, regarding the Petition to Modify Conditions or Terms of Supervision filed on December 21, 2023.  Dkt. 84.

2.    By this stipulation, the parties now move to continue the hearing until February 12, 2024.

3.    The parties intend to file briefing related to the Petition prior to the hearing.  The defendant needs additional time to prepare the briefing.  The government intends to provide briefing in response to the defendant's briefing.

4.    The parties conferred and confirmed availability for a hearing on February 12.

5.    The parties also confirmed the court's availability for a hearing on February 12 with the courtroom deputy.

///

6.      The government does not object to the continuance.

IT IS SO STIPULATED.



Dated:  January 3, 2024                                PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ BRITTANY M. GUNTER
                                                       BRITTANY M. GUNTER
                                                       Assistant United States Attorney


Dated:  January 3, 2024                                /s/ SUSAN L. JORDAN
                                                       SUSAN L. JORDAN
                                                       Counsel for Defendant
                                                       DANIEL OLUWA SESAN
                                                       LEITCH


**ORDER**

IT IS SO ORDERED that the hearing currently set for January 16, 2024, at 9:00 a.m. is continued until **February 12, 2024, at 9:00 a.m.**


IT IS SO ORDERED.

Dated:   **January 4, 2024**

UNITED STATES DISTRICT JUDGE