THE ROAD HOME LAW, APC
Susan L. Jordan (CA SBN 249992)
Attorney at Law
6518 Lonetree Blvd., Suite 156
Rocklin, CA 95765
Phone: 916 789 9901
Email: susan@theroadhomelaw.com

Attorney for Defendant
Daniel Oluwa Sesan Leith

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DANIEL OLUWA SESAN LEITCH**,<br><br>　　　　　　　Defendant. | CASE NO.  1:12-CR-00083-JLT-BAM<br><br>STIPULATION TO CONTINUE HEARING ON PETITION TO MODIFY CONDITIONS OR TERMS OF SUPERVISION; ORDER<br><br>DATE: February 12, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

　　　　Defendant Daniel Oluwa Sesan Leitch, by and through his counsel of record, and the United States of America, by and through its counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for a hearing on February 12, 2024, regarding Probation's Petition to Modify Conditions or Terms of Supervision filed on December 21, 2023.  Dkt. 84.

　　　　2.　　By this stipulation, the parties now move to continue the hearing until March 25, 2024.  The parties previously filed one continuance request.  Dkt. 87.

　　　　3.　　The parties intend to file briefing related to the Petition prior to the hearing. However, the parties require additional time to prepare the briefing.  Defendant intends to file an opposition to the petition before or by February 27, 2024. The government intends to file a reply to defendant's opposition before or by March 18, 2024.

　　　　4.　　The parties conferred and confirmed availability for a hearing on March 25.

5. The parties also confirmed the court's availability for a hearing on March 25 with the courtroom deputy.

6. The government does not object to the continuance.

IT IS SO STIPULATED.

| Dated:  January 31, 2024 | /s/ SUSAN L. JORDAN |
|---|---|
| | Susan L. Jordan |
| | Attorney at Law |
| | THE ROAD HOME LAW, APC |
| | Counsel for Defendant |
| | Daniel Oluwa Sesan Leitch |

| Dated:  January 31, 2024 | PHILLIP A. TALBERT |
|---|---|
| | United States Attorney |
| | |
| | /s/ BRITTANY M. GUNTER |
| | Brittany M. Gunter |
| | Assistant United States Attorney |

### ORDER

IT IS SO ORDERED that the hearing currently set for February 12, 2024, at 9:00 a.m. is continued until **March 25, 2024, at 9:00 a.m.** It is further ordered that defendant will file an opposition to the petition by February 27, 2024, and the government will file a reply to defendant's opposition before or by March 18, 2024.

IT IS SO ORDERED.

Dated:  **January 31, 2024**

UNITED STATES DISTRICT JUDGE